# KAPLAN HECKER & FINK LLP

350 FIFTH AVENUE  |  SUITE 7110
NEW YORK, NEW YORK 10118
TEL (212) 763-0883  |  FAX (212) 564-0883
WWW.KAPLANHECKER.COM

DIRECT DIAL    929.294.2536
DIRECT EMAIL  gtenzer@kaplanhecker.com

August 24, 2020

**VIA ECF**

The Honorable Ronnie Abrams
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Room 2203
New York, NY 10007

> Re:    *Doe* v. *Columbia University*, No. 1:20-cv-05019 (RA) (KHP)

Dear Judge Abrams:

We represent Defendant The Trustees of Columbia University in the City of New York ("Columbia") in the above-captioned action.  In accordance with Rule 1.D of Your Honor's Individual Rules & Practices in Civil Cases and Your Honor's Order granting the parties' request to extend Columbia's time to file a responsive pleading (ECF 13), we write to request that the Court adjourn the Initial Conference currently scheduled for September 11, 2020, until after October 5, 2020, when the responsive pleading is due.  This is the first request for an adjournment of this deadline.  Plaintiff consents to this request.

Your Honor's attention to this matter is greatly appreciated.

Respectfully submitted,

Gabrielle E. Tenzer

cc: Counsel of Record

Application granted. The initial conference is hereby adjourned to October 16, 2020 at 12:30 PM. The parties shall use the conference line provided in the Court's July 6, 2020 Order, Dkt. 6, and shall file the joint letter and proposed case management plan described in that Order no later than October 9, 2020.

SO ORDERED.

Hon. Ronnie Abrams
8/25/2020