UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOHN DOE,<br><br>        *Plaintiff*,<br><br>  v.<br><br>COLUMBIA UNIVERSITY,<br><br>        *Defendant*. | No. 1:20-cv-05019-RA |

**STIPULATION AND [~~PROPOSED~~] ORDER REGARDING
PSEUDONYMIZATION OF PLAINTIFF AND NON-PARTY COMPLAINANT**

  WHEREAS, Plaintiff filed his Complaint under the pseudonym John Doe (ECF 3);

  WHEREAS, every reference throughout the Complaint to the name of the Plaintiff is pseudonymized as John Doe, and every reference throughout the Complaint to the name of the non-party student complainant is pseudonymized as Jane Roe or Jane Doe (ECF 3); and

  WHEREAS, the parties have conferred and agreed that the Complaint should be filed under the pseudonym John Doe, every reference throughout the Complaint to the name of the Plaintiff should be pseudonymized as John Doe, every reference throughout the Complaint to the name of the non-party student complainant should be pseudonymized as Jane Roe or Jane Doe, and every reference to the non-party student complainant in all future filings should be pseudonymized as Jane Roe.

  IT IS HEREBY STIPULATED AND AGREED by and between the undersigned attorneys for the parties in this action that:

1

(1)     The use of pseudonyms in the fully pseudonymized Complaint filed at ECF 3 should be approved by the Court; and

(2)     The John Doe and Jane Roe pseudonyms used in the Complaint should be used in all other documents publicly filed with the Court in this case.

November 4, 2020
New York, NY

_____
Gabrielle E. Tenzer
Roberta A. Kaplan
Rachel Tuchman
KAPLAN HECKER & FINK LLP
350 Fifth Avenue, Suite 7110
New York, NY 10118
(212) 763-0883
gtenzer@kaplanhecker.com
rkaplan@kaplanhecker.com
rtuchman@kaplanhecker.com

*Attorneys for Defendant
The Trustees of Columbia University
in the City of New York*

_____
Philip A. Byler
Andrew T. Miltenberg
NESENOFF & MILTENBERG, LLP
363 Seventh Avenue, Fifth Floor
New York, NY 10001
(212) 736-4500
pbyler@nmllplaw.com
amiltenberg@nmllplaw.com

*Attorneys for Plaintiff John Doe*

In light of Defendant's consent, the application is granted. Plaintiff is permitted to proceed with a pseudonym until such time as the Court orders the name to be disclosed. *See Doe v. Delta Airlines Inc.*, 672 F. App'x 48 (2d Cir. 2016).

**IT IS SO ORDERED.**

Date: November 6, 2020

_____
Hon. Ronnie Abrams
United States District Judge

2