# NESENOFF & MILTENBERG LLP
ATTORNEYS AT LAW
nmllplaw.com

Ira S. Nesenoff
Andrew T. Miltenberg

Stuart Bernstein

Barbara H. Trapasso
Tara J. Davis
Diana R. Warshow
Gabrielle M. Vinci
Kara L. Gorycki
Cindy A. Singh
Nicholas E. Lewis
Adrienne D. Levy
Ryaan Nizam
Regina M. Federico

Philip A. Byler
*Senior Litigation Counsel*

Amy J. Zamir
Jeffrey S. Berkowitz
Rebecca C. Nunberg
*Counsel*

Marybeth Sydor
*Title IX Consultant*

April 9, 2021

**VIA ECF**
The Honorable Ronnie Abrams
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Room 2203
New York, NY 10007

    Re: **_Doe v. Columbia University_, No. 1:20-cv-05019 (RA)**

Dear Judge Abrams:

  Pursuant to Your Honor's Order dated April 5, 2021 (ECF 34) setting a date for oral argument on Defendant's motion to dismiss, counsel for the parties have conferred and respectfully submit this letter requesting a different date. I have a professional obligation that makes the current date of May 12 difficult. Counsel for both parties have conferred and are available any time on May 18, 19 or 20. If the Court's schedule can accommodate one of those dates, it is respectfully requested that the Court set a new date for oral argument. If, on the other hand, those dates do not work for Your Honor, counsel are happy to confer and propose alternative dates.

  Your Honor's attention to this matter is greatly appreciated.

                Respectfully submitted,

                *Philip A. Byler*
                Philip A. Byler

cc: Roberta Kaplan, Esq.
   Gabrielle Tenzer, Esq.
   Laurie Morris, Esq.