# NESENOFF & MILTENBERG LLP

ATTORNEYS AT LAW

nmllplaw.com

Ira S. Nesenoff
Andrew T. Miltenberg

Stuart Bernstein

Barbara H. Trapasso
Tara J. Davis
Diana R. Warshow
Gabrielle M. Vinci
Kara L. Gorycki
Cindy A. Singh
Nicholas E. Lewis
Adrienne D. Levy
Ryaan Nizam
Regina M. Federico

Philip A. Byler
*Senior Litigation Counsel*

Amy J. Zamir
Jeffrey S. Berkowitz
Rebecca C. Nunberg
*Counsel*

Marybeth Sydor
*Title IX Consultant*

May 12, 2021

**VIA ECF**
The Honorable Ronnie Abrams
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Room 2203
New York, NY 10007

          Re:    *Doe v. Columbia University*, No. 1:20-cv-05019 (RA)

Dear Judge Abrams:

      Pursuant to Your Honor's directive issued at the telephonic conference on May 10, 2021, for Plaintiff to submit a letter by today stating whether there was an objection to your Honor proceeding in the case given the disclosures you made concerning your connections to Columbia University.

      First of all, both Plaintiff and Plaintiff's counsel wish to express our great appreciation to your Honor for raising the issue and allowing Plaintiff to consider the matter, confer with counsel and have Plaintiff's counsel submit a letter concerning Plaintiff's view; and both Plaintiff and Plaintiff's counsel greatly respect your Honor for your gracious and candid handling of the matter.

      After thoughtful consideration and discussion, for sake of appearances and caution, Plaintiff does request that your Honor recuse yourself and reassign the case.

                                         Respectfully submitted,

                                         *Philip A. Byler*

                                         Philip A. Byler

cc:    Roberta Kaplan, Esq.
        Gabrielle Tenzer, Esq.