# KAPLAN HECKER & FINK LLP

350 FIFTH AVENUE | SUITE 7110
NEW YORK, NEW YORK 10118
TEL (212) 763-0883 | FAX (212) 564-0883
WWW.KAPLANHECKER.COM

DIRECT DIAL    212.763.0883
DIRECT EMAIL   rkaplan@kaplanhecker.com

May 13, 2021

**VIA ECF**

The Honorable Ronnie Abrams
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Room 2203
New York, NY 10007

                Re:    *Doe* v. *Columbia University*, No. 1:20-cv-05019 (RA) (KHP)

Dear Judge Abrams:

      We represent Defendant The Trustees of Columbia University in the City of New York ("Columbia") in the above-captioned action. We write in connection with Plaintiff John Doe's May 12, 2021 letter requesting Your Honor's recusal. (ECF 39.) Columbia does not oppose Plaintiff's request and respectfully defers to the Court on this issue.

                                                Respectfully submitted,

                                                Roberta A. Kaplan

cc: Counsel of Record

                                      This case will be reassigned
                                      to another judge.

                                      SO ORDERED.

                                      _____
                                      Hon. Ronnie Abrams
                                      May 18, 2021