UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
John Doe,

                Plaintiff,

    -against-                                20-cv-5019 (LAK)

Columbia University,

                Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**ORDER**

LEWIS A. KAPLAN, *District Judge.*

        The June 9, 2021 in-person oral argument scheduled at 2:15 PM in courtroom 21B will utilize an audio dial-in so that the public and press may listen to the proceedings by dialing 1-888-363-4749 and entering conference code 7664205# at the time of the hearing.

        As per the Local Civil Rule 1.8 and the January 19, 2021 standing order, NO. 21 MC 45, regardless of location remote audio observers are reminded that they shall not record, rebroadcast, or distribute the audio of the hearing in any manner.

SO ORDERED.

Dated:       June 7, 2021

                                                    _____
                                                        Lewis A. Kaplan
                                                   United States District Judge