UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
JOHN DOE,

                Plaintiff,

    -against-                                              20-cv-5019 (LAK)

COLUMBIA UNIVERSITY,

                Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

## ORDER

LEWIS A. KAPLAN, *District Judge.*

        Plaintiff shall:

        1.    File the amended complaint (including appendices) on CM/ECF <u>unsealed</u>. The documents thus filed shall be redacted to the extent redactions are permitted by the Court's order of August 2, 2021.

        2.    File on CM/ECF <u>under seal</u> a copy of the amended complaint (including appendices) without any redactions.

        3.    Submit to chambers a complete copy of the amended complaint (excluding appendices) redlined to show additions to and deletions from the original complaint.

        This shall be accomplished by August 9, 2019.

        SO ORDERED.

Dated:      August 4, 2021

                                                  /s/ Lewis A. Kaplan  / PCM
                                                        Lewis A. Kaplan
                                                    United States District Judge