# KAPLAN HECKER & FINK LLP

350 FIFTH AVENUE | 63RD FLOOR
NEW YORK, NEW YORK 10118
TEL (212) 763-0883 | FAX (212) 564-0883
WWW.KAPLANHECKER.COM

DIRECT DIAL    212.763.0883
DIRECT EMAIL   rkaplan@kaplanhecker.com

August 10, 2021

**VIA ECF**

The Honorable Lewis A. Kaplan
United States District Court
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

Re:   *Doe v. Columbia University*, 1:20-cv-05019 (LAK) (S.D.N.Y.)

Dear Judge Kaplan:

We represent Defendant The Trustees of Columbia University in the City of New York ("Columbia") in the above-referenced action. We write to request that the Court so order the recently filed stipulation (ECF 53), agreed to by both parties, setting forth a briefing schedule for Columbia's anticipated motion to dismiss Plaintiff John Doe's Amended Complaint (ECF 47, refiled as ECF 51). The briefing schedule in the stipulation takes into account Plaintiff's counsel's planned vacation in September, and the fact that Labor Day Weekend this year (September 3 – 6) runs directly into the upcoming Jewish holiday of Rosh Hashanah (September 6 – 8). This is Defendant's first request for such an extension.

Respectfully submitted,

Roberta A. Kaplan

cc: Counsel of Record