**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

JOHN DOE,

*Plaintiff*,

v.

COLUMBIA UNIVERSITY,

*Defendant*.

No. 1:20-cv-05019 (LAK) (S.D.N.Y.)

**Oral Argument Requested**

---

### NOTICE OF DEFENDANT THE TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK'S MOTION TO DISMISS THE AMENDED COMPLAINT

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law in Support of Defendant The Trustees of Columbia University in the City of New York's Motion to Dismiss the Amended Complaint, the Declaration of Rachel L. Tuchman in Support of Defendant The Trustees of Columbia University in the City of New York's Motion to Dismiss the Amended Complaint and exhibits thereto, and all other papers and proceedings herein, Defendant The Trustees of Columbia University in the City of New York, by and through its counsel, will move this Court, before the Honorable Lewis A. Kaplan, United States District Judge, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007, at a date and time to be determined by the Court, for an Order pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure dismissing the Amended Complaint.

1

Dated: September 13, 2021          Respectfully submitted,
       New York, New York

By: _____
Roberta A. Kaplan
Gabrielle E. Tenzer
Rachel Tuchman
KAPLAN HECKER & FINK LLP
350 Fifth Avenue, 63rd Floor
New York, NY 10118
(212) 763-0883
rkaplan@kaplanhecker.com
gtenzer@kaplanhecker.com
rtuchman@kaplanhecker.com


*Attorneys for Defendant*
*The Trustees of Columbia University in the*
*City of New York*