UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JOHN DOE,

                    *Plaintiff*,

v.

COLUMBIA UNIVERSITY,

                    *Defendant*.

No. 1:20-cv-05019 (LAK) (S.D.N.Y.)

**Oral Argument Requested**

---

## DECLARATION OF RACHEL L. TUCHMAN IN SUPPORT OF DEFENDANT THE TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK'S MOTION TO DISMISS THE AMENDED COMPLAINT

I, RACHEL L. TUCHMAN, declare as follows:

1. I am an associate of the law firm of Kaplan Hecker & Fink LLP and counsel for Defendant The Trustees of Columbia University in the City of New York ("Columbia") in the above-captioned action.

2. I respectfully submit this declaration in support of Columbia's Motion to Dismiss the Amended Complaint.

3. Consistent with Defendant's application being filed at the same time as this declaration (ECF 62), the documents attached to this declaration reflect Defendant's proposed redactions.

4. Attached hereto as Exhibit A is a true and correct copy of the Gender-Based Misconduct Policy and Procedures for Students, effective August 29, 2017.

5. Attached hereto as Exhibit B is a true and correct copy of the Gender-Based Misconduct Incident Report, which was attached as an exhibit to the Gender-Based Misconduct

Investigative Report in the underlying Gender-Based Misconduct proceeding. The Gender-Based Misconduct Investigative Report was submitted to this Court as Exhibit B to Plaintiff's Amended Complaint, ECF 51-2. The Gender-Based Misconduct Incident Report, as an exhibit to the Investigative Report, included redactions to protect the parties' identities. Those original redactions remain in the document and appear as redactions in the otherwise unredacted version filed under seal in accordance with the Court's Individual Practices and other applicable rules.

6. Attached hereto as Exhibit C is a true and correct copy of the Hearing Panel decision in the underlying Gender-Based Misconduct proceeding, dated April 20, 2018.

7. Attached hereto as Exhibit D is a true and correct copy of the Appeal Panel decision in the underlying Gender-Based Misconduct proceeding, dated May 14, 2018.

In accordance with 28 U.S.C. § 1746, I hereby declare under penalty of perjury that the foregoing is true and correct.

Executed at: New York, New York
September 13, 2021

/s/ Rachel L. Tuchman
Rachel L. Tuchman