# EXHIBIT B



Referral Form: Discrimination, Harassment, Gender-Based Misconduct
Submitted on September 17, 2017 at 1:39:29 pm EDT
Last modified September 18, 2017 at 10:13:55 am EDT

| | |
|---|---|
| Type: | **Sexual/Gender-Based Misconduct involving Students, affiliates, Faculty, or Staff Member** |
| Urgency: | **Normal** |
| Incident Date: | |
| Incident Time: | **2017-08-26** |
| Incident Location: | **3:00 AM** |
| | **Off Campus - University Non-affiliated** |

### Reported by

| | |
|---|---|
| Name: | **Complainant** |
| Title: | **Graduate student** |
| Email: | |
| Phone: | |
| Address: | |

### Involved Parties/Witnesses

| | |
|---|---|
| Respondent - Student | Male |

| | |
|---|---|
| Complainant - Student | Female |

### Narrative Information/Notifications

\*\* Please provide a narrative of the incident.
Be sure to provide as much information as possible about the incident.
At around 3 am on August 26th 2017 I was sexually assaulted by a fellow student at Columbia. It was a person I had known for a year and had considered a friend. I have chosen to refer to him as my attacker in this narrative. After the assault, at around noon on August 26th, I went to the emergency room where they collected a sexual assault kit, took photos of my bruising (attached are my own photos that unfortunately don't show all of the bruising and are also missing a ruler for measurement.) The kit is located at Northwell Hospital on E77th street. I don't know whether the Gender-Based Misconduct Office can gain access to that evidence without the interference of police but I believe that the information collected would support my story. I need the Office to step in in some manner to regain my feeling of safety on campus which has been shattered because of the incident, it has already affected my schoolwork but I would like to be able to finish my studies despite this incident.

The assault happened after we went out with some acquaintances ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓. The night began with me meeting up with my roommate at ▓▓▓▓▓▓▓ at around 7.30 pm, I was not living with her at the time but we were scheduled to move in together on September the 1st. After ▓▓▓▓▓▓ we went to my attacker's place for some drinks. That's where the assault would take place a few hours later. After that we headed to another party on the Upper West Side and from there we went to the ▓▓▓▓▓▓▓ down in Chelsea, ▓▓▓▓▓▓▓▓▓▓▓▓▓. At this point we were around 10 people; me, my roommate and my attacker with some of my roommate's friends ▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓ Between 1 and 1.30 am my roommate decided to leave the club. At this point I did not feel anything more than lightly drunk, I am not the kind of person that tends to blackout but this night I did. I had had around 5 drinks; the first one being a glass of sparkling wine at ▓▓▓▓▓▓▓▓ at 7.30 pm, followed by a cocktail the size of a jar with some vodka and flavored seltzer water, then a red college plastic cup with the same mix that I shared with my roommate. At the club I had a so-called Ginger towers cocktail recommended by the bartender. When my roommate left I only remember having one glass of sparkling wine and my attacker suddenly becoming inappropriate with me. He tried to kiss me at the bar and stroked his crotch against my thigh. I laughed it off and said "hey, no, what are you doing? We are friends and you are engaged. What about ▓▓▓▓?" For the entire year of us knowing each other I had always assumed he was in a committed relationship and therefore it had never crossed my mind that something like this might happen. After this I blacked out with only some glimpses of memories. What I remember most clearly is a strong feeling of fear dnd powerlessness. It can also be seen by the fact that I called a friend I trust completely around 17 times that night, sent him updates of my location and a voice recording from my phone where my attacker's voice can be heard. That is not something I would do unless I felt less than safe.

I have a glimpse of a memory of me with my attacker in a taxi or an uber, at the time I lived very close to his place on the Upper East Side so it would make sense for me to take a taxi with him in that direction. I don't remember how we got up to his apartment but I remember at one point thinking "what am I doing back here?" Then all I remember are three clear memories. I remember being in a bedroom that I know is not his, with a bed that has a wooden frame. And I am still wearing my dress but no underwear, I am scared, I lie face down on the bed, I get on all fours and try to crawl away but he flips up my dress and inserts me from behind. I was so scared he would try to have anal sex with me because I knew that would hurt even more. The second memory is me saying: "why are you doing this? I thought we were friends. What about your girlfriend?" and him answering: "I have always wanted this." I don't remember where we were exactly in the apartment at that time but I remember our words so clearly because they were so frightening. The last memory I have of the night is in his bedroom in the apartment, I am still wearing the dress, he is on top of me, grunting and saying yeah yeah. And I remember trying to fight him off but not being able to and then I seem to have passed out.

The next morning I woke up still feeling disoriented and very distraught. I saw he was sleeping next to me and all I knew was that I had to get out of there. I couldn't find my underwear and I didn't see my stuff right away. I was so scared he would wake up so I looked for my stuff as quietly as possible. It was such a frightening moment because I just wanted to leave but my stuff was all over the apartment! My bag was in the other bedroom, thankfully my keys and wallet were still in there, but I couldn't locate my phone until I found it between the pillows of the sofa in the living room. I had trouble locating my shoes, they were in two separate corners of the apartment and I couldn't find two books I had had with me in my bag; ████████████████████████████████ and my notebook from ██████ ██████ (my internship over the summer.)

After I had found my phone and shoes I left immediately, walked to my cousin whom I was staying with at the time. She greeted me when I came home but could see that something was not right, especially after she noticed my bruising, I cried in her arms and she took me to the emergency room before I showered. We stayed at the emergency room for around five hours, where they did the assault kit as I previously mentioned. The nurse thought that I had shown symptoms of being drugged so they did a blood test but they say they can't run it unless I get the police involved.

After this incident I have felt more anxious, unable to eat properly, ashamed, helpless and weak. I have gone to see SVR on two occasions to receive assistance about counseling and the reporting process. ████████████ ████████████████████ This attack has affected my schoolwork, I haven't been able to attend all classes, I feel distant when I attend and I cannot focus on my readings. This incident has also had financial repercussions on my family since my mom flew in to New York as soon as she heard what had happened to support me in the immediate aftermath, she stayed with me for two weeks. I had multiple physical injuries after the incident as well, below I will attach some pictures of my bruising, I also had bruises on my thighs. I went to Medical services at Columbia the following week since I kept experiencing piercing headaches, the right side of my head right above my ear was tender for a week afterwards. I don't remember when I received a blow to the head. The doctor at John Jay Hall thought it was likely that I had received some bruising on my brain (i.e. had been concussed).

The day my mother left, almost a week ago, last Monday, I had a major setback when my attacker came to my building on campus, ████████████████████████. I had expected that I might need to see him again but I had never expected him to show up in my building, the only building on campus where I really felt safe because he does not go there anymore. That is what finally prompted me to write this report. I need to feel safe but I also need him to know that you cannot commit a crime and then walk away like nothing has ever happened. To report this incident was harder than I could've imagined, I don't know exactly what will come of it but all I can wish for is that the Columbia community can help me feel safe again so I can continue my life and my work here. I can also only hope that Columbia ensures the safety of other women on campus by punishing my attacker in one way or another.

\*\* Please indicate other departments that have been notified (optional):
Rape Crisis/Anti-Violence Support Center, Columbia Health (Morningside campus), Counseling and Psychological Services (Columbia and TC)

\*\* If 'other' selected above, explain below:

Attachments

drugfacilitatedreport.pdf
images.pdf

Pending IR # ▮
Submitted from ▮ and routed to Jazmin Taylor (Director of Investigations)
Modified by Adrienne Blount on September 18, 2017 at 10:13:55 am EDT from ▮