UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

JOHN DOE,

                             Plaintiff,

        -against-                                              20-cv-5019 (LAK)


COLUMBIA UNIVERSITY,

                             Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3.24.22

## ORDER

LEWIS A. KAPLAN, *District Judge.*

        The Court will hear oral argument on defendant's motion to dismiss the first amended

complaint on April 6, 2022 at 10:30 a.m. in Courtroom 21B.

        SO ORDERED.

Dated:        March 24, 2022

                                                        Lewis A. Kaplan
                                                  United States District Judge