UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------x
JOHN DOE,

                     Plaintiff,

    -against-                                                       20-cv-5019 (LAK)

COLUMBIA UNIVERSITY,

                     Defendant.
------------------------------------------x

## ORDER

LEWIS A. KAPLAN, *District Judge*.

        For reasons stated on the record in open court this day, defendant's motion to dismiss the amended complaint (Dkt. 60) is granted to the extent that Counts II and III are dismissed and denied in all other respects.

        SO ORDERED.

Dated:     April 6, 2022

                                                                       Lewis A. Kaplan
                                                                    United States District Judge