UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------x
John Doe,

                Plaintiff,          20-CV-5019(LAK)

    v.

Columbia University,

                Defendant.
------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/21/22

ORDER

KAPLAN, District Judge.

       This case is stayed for 90 days in order to allow the parties time to explore settlement. The case is referred to Magistrate Judge Parker by a separate order.

Dated: December 21, 2022

                                                  Lewis A. Kaplan
                                         United States District Judge