USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/21/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
JOHN DOE,

                                  Plaintiff,

          -against-

THE TRUSTEES OF COLUMBIA UNIVERSITY
IN THE CITY OF NEW YORK,

                                 Defendant.
----------------------------------------------------------------X

**ORDER SCHEDULING TELEPHONE CONFERENCE**

20-CV-5019 (LAK)

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

      This case has been referred to me for settlement purposes (docket no. 81). A telephone conference will be held on **Thursday, February 2, 2023 at 4:00 p.m.** in advance of a settlement conference. The parties are directed to review Judge Parker's Individual Practices at http://nysd.uscourts.gov/judge/Parker concerning settlement conferences in advance of the call. Counsel for the parties are directed to call Judge Parker's Chambers court conference line at the scheduled time. **Please dial (866) 434-5269, Access code: 4858267**.

      **SO ORDERED.**

Dated: December 21, 2022
       New York, New York

                                                           _____
                                                           KATHARINE H. PARKER
                                                           United States Magistrate Judge