

Ira S. Nesenoff
Andrew T. Miltenberg

Stuart Bernstein
Tara J. Davis

Barbara H. Trapasso
Gabrielle M. Vinci
Adrienne D. Levy
Regina M. Federico
Suzanne Dooley
Amy Zamir
Kristen Mohr
Helen Setton

Philip A. Byler
Diana R. Warshow
Kara L. Gorycki
Susan E. Stark
Janine L. Peress
*Senior Litigation Counsel*

Marybeth Sydor
*Title IX Consultant*

**ATTORNEYS AT LAW**
**nmllplaw.com**

March 7, 2023

**VIA ECF**
Honorable Katherine H. Parker
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

   Re: **John Doe v. The Trustees of Columbia University in the City of New York**
      **20 CV 5019 (LAK) (KHP)**

Dear Judge Parker:

  This firm is counsel to Plaintiff John Doe ("John Doe"). We write with regard to the settlement conference scheduled today, March 7, 2023, for Wednesday, March 8, 2023 at 10:00 a.m. (the "Conference").

  We understand that in accordance with Your Honor's scheduling Order dated March 7, 2023, the conference is to take place in person in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York. Our client, John Doe, is currently living upstate New York five to six hours away (traffic permitting) from the Southern District of New York Courthouse, making personal attendance a hardship. We also understand that Your Honor's Individual Practices - section V.f. outlines that any request to appear by phone must be submitted no later than one week in advance of the conference. Due to the short notice for the conference, we did not have adequate time to submit our request one week in advance, and we are submitting it as soon as possible.

  For the reason set forth above, it is respectfully requested that Doe be permitted to appear by phone for the settlement conference. We thank the Court for its courtesy in this matter.

                Very Truly Yours,
                **NESENOFF & MILTENBERG**

                By: */s/ Philip A. Byler*

363 Seventh Avenue | 5th Floor | New York, NY | 10001 | T: 212.736.4500

101 Federal Street | 19th Floor | Boston, MA | 02110 | T: 617.209.2188

4 Palo Alto Square | 3000 El Camino Real | Suite 200 | Palo Alto, CA | 94306 | T: 650.209.7400



**Philip A. Byler, Esq.**
**363 7th Ave, 5th floor**
**New York, NY 10001**
**P: 212.736.4500**

*cc.*     *All counsel (via ECF)*