USDC SDNY
DOCUMENT
ELECTRONICAL[LY FILED]
DOC #:
DATE FILED: 3-10-2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
JOHN DOE,

            Plaintiff,

-against-                                                    20-cv-5019 (LAK)

COLUMBIA UNIVERSITY,

            Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**ORDER**

LEWIS A. KAPLAN, *District Judge.*

        The Court has been informed that the parties have reached a settlement agreement. Accordingly, the case is dismissed with prejudice and without costs subject to a right to reinstate by serving and filing a notice to that effect on or before Monday, April 10, 2023, if the settlement has not been executed or consummated by that date.

        SO ORDERED.

Dated:      March 10, 2023

                                                _____
                                                  Lewis A. Kaplan
                                                United States District Judge

This document was created by an application that isn't licensed to use novaPDF.
Purchase a license to generate PDF files without this notice.